| CO. | FILE | DEPT. | CLOCK | VCHR.NO. | |
|---|---|---|---|---|---|
| IFN | 615480 | 202000 | | 00000065974 | 1 |

# Earnings Statement

**MAXIM HEALTHCARE SERVICES, INC.**
7227 LEE DEFOREST DRIVE
COLUMBIA, MD  21046

Period Beginning:  01/25/2009
Period Ending:     01/31/2009
Pay Date:          02/05/2009

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  3
    GA:       3

00000001978
DONA B SMITH
221 RIDERWOOD DR.
DALTON GA 30721

Social Security Number: XXX-XX-2636

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 24.00 | 432.00 | 3,271.50 |
| Over Time | | | | 486.00 |
| **Gross Pay** | | | **$432.00** | 3,757.50 |

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0127-AGUILAR-) | | | |
| Regular | 18.0000 | 12.00 | 216.00 |
| (0128-AGUILAR-) | | | |
| Regular | 18.0000 | 12.00 | 216.00 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -18.11 | 365.13 |
| Social Security Tax | -26.79 | 232.97 |
| Medicare Tax | -6.26 | 54.48 |
| GA State Income Tax | -10.26 | 147.16 |

Other
| | | |
|---|---|---|
| Dd Checking 1 | -391.58 | |
| Mileage | | -21.00 |

Adjustment
| | | |
|---|---|---|
| Mileage | +21.00 | |

**Net Pay**  **$0.00**

Your federal taxable wages this period are $432.00

---

**MAXIM HEALTHCARE SERVICES, INC.**
7227 LEE DEFOREST DRIVE
COLUMBIA, MD  21046

Advice number:  00000065974
Pay date:       02/05/2009

Deposited to the account of
**DONA B SMITH**

| account number | transit ABA | amount |
|---|---|---|
| ███████ | | $391.58 |

VOID AFTER 90 DAYS

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

©1998, 2006. ADP, Inc. All Rights Reserved.

CO. FILE DEPT. CLOCK VCHR. NO.
IFN 015480 202000 0000524114 1

# Earnings Statement

ADP®



15584-0001
*MAXIM HEALTHCARE SERVICES, INC.*
*7227 LEE DEFOREST DRIVE*
*COLUMBIA, MD 21046*

Period Beginning: 12/14/2008
Period Ending: 12/20/2008
Pay Date: 12/26/2008

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 3
GA: 3

Social Security Number: XXX-XX-2636

00000004150
DONA B SMITH
221 RIDERWOOD DR.
DALTON GA 30721

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 24.00 | 432.00 | 15,760.50 |
| Over Time | | | | 1,545.75 |
| Orientation | | | | 13.10 |
| Gross Pay | | | $432.00 | 17,319.35 |

| Earnings | rate | hours | this period |
|---|---|---|---|
| (1217-AGUILAR-) | | | |
| Regular | 18.0000 | 12.00 | 216.00 |
| (1218-AGUILAR-) | | | |
| Regular | 18.0000 | 12.00 | 216.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -19.51 | 1,770.11 |
| | Social Security Tax | -26.78 | 1,073.80 |
| | Medicare Tax | -6.26 | 251.13 |
| | GA State Income Tax | -10.26 | 696.99 |
| Other | | | |
| | Dd Checking 1 | -369.19 | |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are $432.00

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



MAXIM HEALTHCARE SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Advice number: 00000524114
Pay date: 12/26/2008

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DONA B SMITH | [redacted] | | $369.19 |

VOID AFTER 90 DAYS

THIS IS NOT A CHECK

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.