Certificate Number: 01356-GAN-DE-006662648

Bankruptcy Case Number: 09-40628

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on April 6, 2009, at 11:59 o'clock PM EDT,

Dona B Smith completed a course on personal financial

management given by internet by

Hummingbird Credit Counseling and Education, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Georgia.

Date: April 7, 2009

By /s/Sarah L Boyle for Victoria Wright

Name Victoria Wright

Title Executive Director of Education